■ In the Matter of the Probate of the Will of MONROE L. DIX, Deceased. DAVID C. ANCHIN, Appellant; ROSE SELBY, Respondent.— Motion to resettle

order. Order settled and filed. Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.